Glenn R. Kantor, State Bar No. 122643
  E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm, State Bar No. 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
Judi Peterson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI PETERSON, | CASE NO: CV10-3097 JCS |
| Plaintiff, | PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| VS. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | |
| Defendant. | Current Date: November 5, 2010
Proposed New Date: January 28, 2011 |

TO THE ABOVE-CAPTIONED COURT:

Plaintiff, Judi Peterson, by and through her counsel of record, hereby requests a continuance of the case management conference.

1

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Plaintiff filed a complaint against defendant on July 14, 2010, which was
2 served on August 27, 2010. Plaintiff was contacted and informed by counsel for
3 defendant, Rebecca Kimura, that the defendant was incorrectly named on the
4 Complaint. Upon learning this information, on September 9, 2010, plaintiff filed an
5 Amended Complaint against defendant AT&T Umbrella Benefit Plan No. 1, which
6 was erroneously named as AT&T Disability Income Plan in the original Complaint.

7  Counsel for defendant agreed to accept service of the Amended Complaint on
8 behalf of defendant with a Notice of a Lawsuit and Request to Waive Service of a
9 Summons. Plaintiff mailed the Notice and Waiver on October 4, 2010. Defendant's
10 Answer is currently due on December 3, 2010 - which is after the Case Management
11 Conference scheduled for November 5, 2010.

12  Counsel for Plaintiff and Defendant have conferred regarding a proposed new
13 date for the Case Management Conference, and are both available on January 28,
14 2011. Plaintiff's counsel proposes this as the new date for the Case Management
15 Conference.

16  Good cause exists for this requested continuance because defendant's Answer
17 to the Amended Complaint is currently due on December 3, 2010, which is after the
18 current Case Management Conference date of November 5, 2010.

19
20
21 DATED:     October 26, 2010              KANTOR & KANTOR, LLP
22
                                      By:  /s/ Brent Dorian Brehm
23
                                           BRENT DORIAN BREHM
24                                         ATTORNEYS FOR PLAINTIFF
                                           JUDI PETERSON
25
26
27
28

**ORDER**

For good cause appearing, the Case Management Conference currently set in this matter for November 5, 2010, is continued to January 28, 2011.

DATED: 10/27/10



JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE