LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
REBECCA K. KIMURA (State Bar No. 220420)
Email: rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

KANTOR & KANTOR LLP
Glenn R. Kantor (State Bar No. 122643)
Email: gkantor@kantorlaw.net
Brent Dorian Brehm (State Bar No. 248923)
Email: bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone:   (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff
JUDI PETERSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI PETERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>        Defendant. | Case No. CV 10-3097 JCS<br><br>**[PROPOSED] BRIEFING SCHEDULE FOR TRIAL ON THE PAPERS**<br><br>Date:   May 6, 2011<br><br>Complaint Filed: July 14, 2010<br>Trial on the Papers: November 18, 2011 |

Pursuant to the Court's May 6, 2011 Further Case Management and Pretrial Order, Plaintiff Judi Peterson ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 ("defendant" or "the Plan") hereby submit the following proposed Briefing Schedule for the November 18, 2011 trial on the papers.

1. Plaintiff will file an Opening Brief by Friday, August 19, 2011, with a ~~50~~ 25 page limit;

2. Defendant will file a Responding Brief by Friday, September 23, 2011, with a ~~60~~ 35 page limit;

3. Plaintiff may file a Reply Brief by Friday, October 21, 2011, with a ~~30~~ 15 page limit.

DATED: May 6, 2011                           KANTOR & KANTOR LLP

                                              /s/ Brent Dorian Brehm
                                             BRENT DORIAN BREHM
                                             Attorneys for Plaintiff
                                             JUDI PETERSON

DATED: May 6, 2011                           LAFAYETTE & KUMAGAI LLP

                                              /s/ Rebecca K. Kimura
                                             REBECCA K. KIMURA
                                             Attorneys for Defendant
                                             AT&T UMBRELLA BENEFIT PLAN NO. 1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS SO ORDERED AS MODIFIED

DATED: 5/10/11                               _____
                                             Honorable Joseph C. Spero
                                             United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on May 6, 2011, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                      */s/ Rebecca K. Kimura*
                                      REBECCA K. KIMURA