LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
REBECCA K. KIMURA (State Bar No. 220420)
Email: rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>    Defendant. | Case No. CV 10-3097 JCS<br><br>[PROPOSED] SEALING ORDER |

Pursuant to the Court's September 27, 2011 Order that Exhibit B to the Declaration of of Brent Dorian Brehm in Support of Plaintiff's Opening Brief be filed under seal, and the Declaration of Rebecca K. Kimura In Support of Sealing Order,

IT IS HEREBY ORDERED that:

Exhibit B to the Declaration of Brent Dorian Brehm in Support of Plaintiff's Opening Brief be filed under seal in this matter.

DATED: 10/21/11

_____
HONORABLE SPERO
United dge
*Judge Joseph C. Spero*

**PROOF OF SERVICE**

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105.

On October 20, 2011, I served the document named below on the parties in this action as follows:

**[PROPOSED] SEALING ORDER**

__X__ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

_____ (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee (s) noted below.

_____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

_____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

Glenn Kantor, Esq.
Brent Dorian Brehm, Esq.
Kantor & Kantor LLP
19839 Nordhoff Street
Northridge, California 91324
**Facsimile No. 818-625-8275**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   October 20, 2011   , at San Francisco, California.

_____
Tahlise M. Hines

[PROPOSED] SEALING ORDER (Case No. CV 10-3097 JCS)    2