UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDI PETERSON,

        Plaintiff,

    v.

AT&T UMBRELLA BENEFIT PLAN NO. 1,

        Defendant.

No. C-10-03097 JCS

**ORDER**

In Defendant's Corrected Notice of Lodging of Administrative Record (Pages AR 0001 to AR 1301), Docket No. 54, filed September 27, 2011, Defendant states that the document will be served in hard copy on participants in the case. In Docket No. 72, filed on October 26, 2011, Plaintiff states that the Administrative Record referenced in Docket No. 54 has not yet been provided to Plaintiff. Therefore, Defendant is **ORDERED** to serve on Plaintiff, no later than the close of business on October 31, 2011, a legible and complete hard copy of the administrative record, if it has not done so already. Plaintiff, in turn, is **ORDERED** to file amended trial briefs replacing all citations to Exhibit A of the Brehm Declaration with citations to the administrative record no later than November 3, 2011.

    IT IS SO ORDERED.

Date: October 28, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge

1