LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
REBECCA K. KIMURA (State Bar No. 220420)
Email: rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1


KANTOR & KANTOR LLP
Glenn R. Kantor (State Bar No. 122643)
Email: gkantor@kantorlaw.net
Brent Dorian Brehm (State Bar No. 248923)
Email: bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California 91324
Telephone:   (818) 886-2525
Facsimile:    (818) 350-6272

Attorneys for Plaintiff Judi Peterson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI PETERSON,<br><br>            Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>            Defendant. | Case No. CV 10-3097 JCS<br><br>**STIPULATION AND [PROPOSED]  ORDER TO EXTEND TIME TO FILE MOTION** |

   WHEREAS the Court's Findings of Fact and Conclusions of Law was filed in this action on November 23, 2011, ordering Plaintiff Judi Peterson ("Plaintiff") and Defendant AT&T Umbrella Benefit Plan No. 1 ("Defendant") (collectively, the "Parties") to meet and confer to address the amount of back benefits and reasonable attorneys' fees and costs should be awarded in this case;

WHEREAS the Court set a deadline of December 14, 2011 for the Parties to reach an agreement on these issues, or Plaintiff shall bring a motion setting forth any unresolved issues;

WHEREAS the Parties have attempted to meet and conferred on these issues, but need additional time in order to reach necessary individuals who are not available due to the holidays;

WHEREAS the Parties request that the Court extend the deadline by which Plaintiff shall file a motion regarding unresolved issues to January 10, 2012 so that the Parties can further meet and confer;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The last day for Plaintiff to file a motion to resolve issues concerning back benefits, attorneys' fees and costs shall be January 10, 2012.

DATED: December 12, 2011          KANTOR & KANTOR LLP

　　　　　　　　　　　　　　　　　　/s/ Brent Dorian Brehm
　　　　　　　　　　　　　　　　　　BRENT DORIAN BREHM
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　JUDI PETERSON

DATED: December 12, 2011          LAFAYETTE & KUMAGAI LLP

　　　　　　　　　　　　　　　　　　/s/ Rebecca K. Kimura
　　　　　　　　　　　　　　　　　　REBECCA K. KIMURA
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　AT&T UMBRELLA BENEFIT PLAN NO. 1

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, last day for Plaintiff to file a motion to resolve issues concerning back benefits, attorneys' fees and costs shall be January 10, 2012.

IT IS SO ORDERED.

Dated: ___December 13, 2011___          _____
　　　　　　　　　　　　　　　　　　HON. JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on December 12, 2011, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                  */s/s Rebecca K. Kimura*
                                  REBECCA K. KIMURA