Glenn R. Kantor (State Bar No. 122643)
 Email: gkantor@kantorlaw.net
Brent Dorian Brehm (State Bar No. 248983)
 Email: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff Judi Peterson

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUDI PETERSON, | ) | Case No.: CV 10-3097 JCS |
|---|---|---|
| Plaintiff, | ) ) ) | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | ) ) ) | Date: January 27, 2012
Time: 1:30 p.m.
Courtroom: G – 15th Floor |
| Defendant. | ) ) | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff's counsel respectfully requests the Court's permission to appear by telephone at the Case Management Conference scheduled for January 27, 2012 at 1:30 p.m.

Dated: January 18, 2012         KANTOR & KANTOR LLP

By: /s/ *Brent Dorian Brehm*
 Glenn Kantor
 Brent Dorian Brehm
 Attorneys for Plaintiff, Judi Peterson

IT IS HEREBY ORDERED THAT Mr. Brehm shall be on phone stand by beginning at 1:30 PM and await the Court's call.

Dated: Jan. 19, 2012

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

---

Plaintiff's Request to Appear Telephonically at Case Management Conference