Glenn R. Kantor (State Bar No. 122643)
  Email: gkantor@kantorlaw.net
Brent Dorian Brehm (State Bar No. 248983)
  Email: bbrehm@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone:   (818) 886-2525
Facsimile:    (818) 350-6272

Attorneys for Plaintiff Judi Peterson

UNITED STATES DISTRCIT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI PETERSON,<br><br>           Plaintiff,<br><br>      v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>           Defendant. | Case No.: CV 10-3097 JCS<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 27, 2012<br>Time: 1:30 p.m.<br>Courtroom:  G – 15th Floor |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff's counsel respectfully requests the Court's permission to appear by telephone at the Case Management Conference scheduled for January 27, 2012 at 1:30 p.m.

Dated: January 18, 2012                                                KANTOR & KANTOR LLP


                                                                              By:  /s/ *Brent Dorian Brehm*
                                                                                   Glenn Kantor
                                                                                   Brent Dorian Brehm
                                                                                   Attorneys for Plaintiff, Judi Peterson

IT IS HEREBY ORDERED THAT Mr. Brehm shall be on phone stand by beginning at 1:30 PM and await the Court's call.

Dated: Jan. 19, 2012

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]*

Plaintiff's Request to Appear Telephonically at Case Management Conference